IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:22-cv-00032-FL

| | |
|---|---|
| UNCW CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY,<br><br>*Defendants*. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff UNCW Corporation ("UNCW") along with Defendant Westchester Surplus Lines Insurance Company ("Westchester"), by and through their undersigned counsel, hereby stipulate to the dismissal of Westchester, only, from this civil action, with prejudice. This action shall continue as to UNCW's claims against Travelers Indemnity Company ("Travelers") and the defenses that Travelers has pleaded thereto.

UNCW and Westchester shall be responsible for their own attorneys' fees and costs.

Respectfully submitted, this the 2nd day of May, 2023

**MCGUIREWOODS LLP**

/s/ *Henry L. Kitchin Jr.*

Henry L. Kitchin, Jr.
N.C. State Bar No. 23226
MCGUIREWOODS LLP
300 North Third Street, Suite 320
Post Office Box 599 (28402)
Wilmington, North Carolina 28401
Telephone: (910) 254-3800
Facsimile: (910) 254-3900
E-mail: hkitchin@mcguirewoods.com

*Counsel for Plaintiff UNCW Corporation*

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *Reid C. Adams, Jr.*

Reid C. Adams, Jr.
N.C. State Bar No. 9669
Caitlin Augerson
N.C. State Bar No. 57811
WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Telephone: ((336) 721-3600
Facsimile: (336) 721-3600
E-Mail: Cal.Adams@wbd-us.com
E-Mail: Caitlin.Augerson@wbd-us.com
*Counsel for Defendant Travelers Indemnity Company*

**GOLDBERG SEGALLA**

/s/ *John I. Malone, Jr.*

John I. Malone, Jr.
N.C. State Bar No. 22180
GOLDBERG SEGALLA
701 Green Valley Road, Suite 310
Greensboro, NC 27408
Telephone: (336) 419-4908
Facsimile: (336) 419-4059
Email: jmalone@goldbergsegalla.com

*Attorney for Defendant Westchester Surplus Lines Insurance Company*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have made an appearance in the above captioned case.

Dated: May 2, 2023              */s/ Henry L. Kitchin Jr.*
                                  Henry L. Kitchin, Jr.