IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:22-cv-00032-FL

UNCW CORPORATION,

*Plaintiff*,

v.

WESTCHESTER SURPLUS LINES INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY,

*Defendants*.

**APPENDIX TO PLAINTIFF UNCW CORPORATION'S STATEMENT OF MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1(a)**

| Exhibit | Description | Page Range |
|---|---|---|
| A | Travelers' Commercial Property Insurance Policy | 1 - 101 |
| B | Deposition Transcript of Kristy Burnette | 102 - 207 |
| C | Deposition Transcript of Keith Sampson | 208 - 256 |
| D | Mationi Sept. 23, 2018 Email to Kristy Burnette | 257 - 258 |
| E | Draft September 2018 SRP Remediation Protocol | 259 - 272 |
| F | UC Environmental Report | 273 - 307 |
| G | NorthStar Invoice | 308 - 314 |
| H | NorthStar Structural Drying and Remediation Work Plan | 315 - 320 |
| I | Deposition Transcript of Louie Mitcham | 321 - 476 |
| J | Travelers' Claim Notes | 477 - 530 |
| K | JS Held Dec. 18, 2020 Report | 531 - 533 |
| L | Deposition Transcript of Wade Miller | 534 - 608 |
| M | UNCW Corp. Invoice Summary | 609 - 630 |
| N | September 24, 2018 Email from Wayne Leshynski to Louie Mitcham | 631 - 632 |
| O | Deposition Transcript of Mike Fogle | 633 - 749 |
| P | Deposition Transcript of Major Ramsey | 750 - 810 |
| Q | Deposition Transcript of Michael Griffin | 811 - 949 |
| R | Expert Deposition Transcript of Mike Fogle | 950 - 1028 |
| S | Smartsheets Portal Printout, Nov. 16, 2018 | 1029 - 1033 |
| T | Travelers' Denial Letter | 1034 - 1044 |
| U | Declaration of Kristy Burnette | 1045 - 1048 |

| | | |
|---|---|---|
| V | Deposition Transcript of Chad Hyman | 1049 - 1197 |
| W | IICRC S500 Standards | 1198 - 1534 |
| X | Deposition Transcript of James Allen | 1535 - 1628 |
| Y | Deposition Transcript of Christopher Spicer | 1629 - 1875 |
| Z | Mike Fogle Expert Report | 1876 - 1880 |
| AA | Final September 2018 SRP Remediation Protocol | 1881 - 1892 |

This the 19th day of June, 2023.

/s/ *Henry L. Kitchin, Jr.*
Henry L. Kitchin, Jr.
N.C. State Bar No. 23226
MCGUIREWOODS LLP
300 North Third Street, Suite 320
Post Office Box 599 (28402)
Wilmington, North Carolina 28401
hkitchin@mcguirewoods.com

*Counsel for Plaintiff UNCW Corporation*

Joseph M. Englert
Georgia Bar No. 112409
MCGUIREWOODS LLP
1230 Peachtree Street, N.E., Suite 2100
Atlanta, Georgia 20209-3534
jenglert@mcguirewoods.com

*Counsel for Plaintiff UNCW Corporation*
*by Special Appearance*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have made an appearance in the above-captioned case.

Dated: June 19, 2023

*/s/ Henry L. Kitchin Jr.*
Henry L. Kitchin, Jr.