IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:22-cv-00032-FL

| | |
|---|---|
| UNCW CORPORATION, *Plaintiff*, v. WESTCHESTER SURPLUS LINES INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY, *Defendants*. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff UNCW Corporation ("UNCW") along with Defendant Travelers Indemnity Company ("Travelers"), by and through their undersigned counsel, hereby stipulate to the dismissal of Travelers from this civil action, with prejudice.

UNCW and Travelers shall be responsible for their own attorneys' fees and costs.

Respectfully submitted, this the 24th day of April, 2024

| | |
|---|---|
| **MCGUIREWOODS LLP** | **WOMBLE BOND DICKINSON (US) LLP** |
| /s/ *Henry L. Kitchin Jr.* | /s/ *Reid C. Adams, Jr.* |
| Henry L. Kitchin, Jr.<br>N.C. State Bar No. 23226<br>MCGUIREWOODS LLP<br>300 North Third Street, Suite 320<br>Post Office Box 599 (28402)<br>Wilmington, North Carolina 28401<br>Telephone: (910) 254-3800<br>Facsimile: (910) 254-3900<br>E-mail: hkitchin@mcguirewoods.com | Reid C. Adams, Jr.<br>N.C. State Bar No. 9669<br>Caitlin Augerson<br>N.C. State Bar No. 57811<br>WOMBLE BOND DICKINSON (US) LLP<br>One West Fourth Street<br>Winston-Salem, NC 27101<br>Telephone: ((336) 721-3600<br>Facsimile: (336) 721-3600<br>E-Mail: Cal.Adams@wbd-us.com<br>E-Mail: Caitlin.Augerson@wbd-us.com |
| *Counsel for Plaintiff UNCW Corporation* | *Counsel for Defendant Travelers Indemnity Company* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have made an appearance in the above captioned case.

Dated: April 24, 2024                      */s/ Henry L. Kitchin Jr.*
                                                            Henry L. Kitchin, Jr.